IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:14-cr-00070 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **ROLANDO CRUZ, JR. et al.,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 11th day of September 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to suppress evidence seized from 914 E. Boundary Street, York, Pennsylvania (Doc. No. 448), is **DENIED**.

    S/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania