**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:14-cr-00070** |
| | : | |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **ROLANDO CRUZ, JR. et al.,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

 **AND NOW**, on this 17th day of September 2015, **IT IS HEREBY ORDERED THAT**

Defendant's motion to suppress evidence (Doc. No. 466), is **DENIED**.

       S/ Yvette Kane
       Yvette Kane, District Judge
       United States District Court
       Middle District of Pennsylvania